FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

**IN THE UNITED STATES DISTRICT COURT** 26 FEB -9 PM 1:06
**FOR THE DISTRICT OF COLORADO**

Civil Action No. _____
(To be supplied by the court)

_SAUL RONQUILLO_____ , Plaintiff    10630 BRIGHTON RD
HENDERSON CO
80640

v.    **Jury Trial requested:**
(please check one)
___ Yes _X_ No

HAIK P.I. PRECISE IRON Doors
INC & ARTHUR PAMBUKCHYAN
12331 FOOTHILL BLVD ,

SYLMAR, CALIFORNIA 91342

(818)338-6269 _____, Defendant(s).

*(List each named defendant on a separate line.  If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names of the defendants listed in the above caption must be identical to those contained in Section B.  Do not include addresses here.)*

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**C.   JURISDICTION**

U.S. District Court For the District of Colorado

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

[X] Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Defendants & Company Who they Represent & who Are In Sylmar, California 91342

[X] Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in Sylmar, California (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

3

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Contract 190 (Contract Nature of) Sort

Supporting facts:

For more than 3 month Haik Pambukchayan & Arthur Pambukchayan were supposed Refund $4,000 For Doors Ordered And Never Came Invoice 15465. On 12/1/2025 Haik Email me saying check supposed be sent by Accounting and Never Came As 2-9-2026

I Am claiming $7,500 For Downpayment $405 Court Fee's, Person who was hired to File Court Paperwork & made phone call. Liquidated Damages.

4

**E.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

**F.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____
(Date)

(Revised February 2022)

5

neither the court nor the United States Marshals Service will serve any papers after the filing and service of the complaint. An example of a certificate of service is:

I hereby certify that a copy of the foregoing pleading/document was mailed to
Hnik Pambukcky (defendant(s) or counsel for defendant(s))
at ___VIA Email___ (address) on 2-9-26 , 20 26
& Regular
mpk
Saul Rongwillo
Plaintiff's Original Signature

When you have completed the complaint and all of the necessary forms as described in these instructions, the completed complaint and forms should be mailed or hand delivered to the Clerk of the United States District Court whose name and address are:

Jeffrey P. Colwell, Clerk
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO   80294-3589

If you have any questions or seek additional information, please contact the office of the Clerk of the Court at 303/844-3433. The court's business hours are from 8:00 a.m. to 5:00 p.m., Monday through Friday.

**PLEASE NOTE: If you are unrepresented (pro se), not a prisoner, and have a civil case, you can contact the Federal Pro Se Clinic for free, limited legal assistance. Call the Federal Pro Se Clinic at 303-380-8786 or fill out an intake form online at https://www.cobar.org/fpsc. The Clinic cannot help with prisoner, criminal or bankruptcy cases, or with appeals.**

4

Small Claims Court _____ County, Colorado
Court Address: U.S. DISTRICT COURT FOR THE DISTRICT OF COLORADO

PLAINTIFF(S): SAUL RONQUILLO

Address: 10630 BRIGHTON ROAD

City/State/Zip: HENDERSON, CO 80640

Phone: Home (720)312-5228 Work _____ Cell _____

v.
DEFENDANT(1): HAIK P. 1 PRECISE IRON DOORS INC

Address: 12331 FOOTHILL BLVD

City/State/Zip: SYLMAR, CALIFORNIA 91342

Phone: Home (818)338-6269 Work _____ Cell _____

DEFENDANT(2): _____

Address: _____

City/State/Zip: _____

Phone: Home _____ Work _____ Cell _____

▲ COURT USE ONLY ▲

Case Number:

**S**

Division _____ Courtroom _____

## NOTICE, CLAIM AND SUMMONS TO APPEAR FOR TRIAL (Part 1)

If Defendant(s) is/are other than a person, go on-line at www.coloradosos.gov to determine the registered agent for service of this notice. Please enter name and address of the agent.  Name: _____
Address: _____

1.   The Defendant(s) is/are in the military service: ☐Yes ☐No ☒Unknown
2.   The Defendant(s) reside(s), is/are regularly employed, has/have an office for the transaction of business, or is/are a student in this county, or real property located in this county is the subject of claim(s) arising from a restrictive covenant or security deposit dispute. ☐Yes ☒No
3.   I/We understand that it is my/our responsibility to have each Defendant served with the "Defendant's Copy" of this Notice by a person whose age is 18 years or older and who is not a party to this action 15 days prior to the trial and to provide the Court with written proof of service. ☒Yes ☐No
4.   I am an attorney: ☐Yes ☒No

### Notice and Summons to Appear for Trial
**To the Defendant(s):**
You are scheduled to have your trial in this case on _____ (date) at _____(time) at the Court address stated in the above caption. Bring with you all books, papers and witnesses you need to establish your defense.  **If you do not appear, judgment may be entered against you.**  If you wish to defend the claim or present a counterclaim, you must provide a written response or written counterclaim on or before the scheduled trial date and pay a **nonrefundable** filing fee.

Dated: _____                _____
                                               Clerk of Court/Deputy Clerk

**Plaintiff(s)'s Claim (Please summarize reasons to support your claim below.)**
The Defendant(s) owe(s) me $7500 _____, which includes penalties, plus interest and costs allowed by law, and/or should be ordered to return property, perform a contract or set aside a contract or comply with a restrictive covenant for the following reasons. (If seeking return of property, please describe the property being requested).
PER INVOICE 15465 $4,000 PLUS INTEREST, COURT FILING & HIRED A PERSON TO FILE COURT PAPERWORK & SEVERAL PHONE CALLS  TOTAL OF $7,500 =

**Note: The combined value of money, property, specific performance or cost to remedy a covenant violation cannot exceed $7,500.00.**
I/we declare under penalty of perjury under the law of Colorado that the foregoing is true and correct. I/we have not filed in any Small Claims Court in this County more than 2 claims during this calendar month, nor more than 18 claims in this County this calendar year.

Dated: 2-9-26 _____        SAUL RONQUILLO
                                      Plaintiff's Signature

                                      _____
                                      Plaintiff's Signature

JDF 250   R 1-24     (PART 1/ PAGE 1)        NOTICE, CLAIM AND SUMMONS TO APPEAR FOR TRIAL        COURT COPY

U.S. DISTRICT COURT FOR THE DISTRICT OF COLORADO

DAUL RONGUILLO

Plaintiff's Signature     2-9-2026

U.S. DISTRICT COURT FOR THE DISTRICT OF COLORADO

Plaintiff's Signature     2-9-2026